# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

VICTOR VAZQUEZ,

        Plaintiff,

vs.

RGS FINANCIAL, INC.,

        Defendant.

2:18-cv-00889-APG-VCF

**ORDER**

Before the court is *Victor Vazquez v RGS Financial, Inc.*, case number 2:18-cv-00889-APG-VCF. A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that the parties must file a proposed discovery plan and scheduling order on before October 12, 2018.

Dated this 26th day of September, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE