# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| VICTOR VAZQUEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>RGS FINANCIAL, INC.,<br><br>    Defendant. | 2:18-cv-00889-APG-VCF<br><br>**ORDER** |

  Before the court is *Victor Vazquez v RGS Financial, Inc.*, case number 2:18-cv-00889-APG-VCF. A discovery plan and scheduling order has not been filed pursuant to LR 26-1. The parties were ordered to file a proposed discovery plan and scheduling order by October 12, 2018. (ECF NO. 10). To date, no proposed discovery plan or scheduling order has been filed.

  Accordingly,

  IT IS HEREBY ORDERED that a discovery hearing is scheduled for 11:00 AM, October 30, 2018, in Courtroom 3D.

  Dated this 22nd day of October, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE