# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR VAZQUEZ,<br><br>　　　Plaintiff<br><br>v.<br><br>RGS FINANCIAL, INC.,<br><br>　　　Defendant | Case No.: 2:18-cv-00889-APG-VCF<br><br>**Order for Proposed Joint Pretrial Order** |

Pursuant to the scheduling order, the proposed joint pretrial order was due September 3, 2010. ECF No. 14. The parties have not filed one.

IT IS THEREFORE ORDERED that the parties shall file a proposed joint pretrial order that complies with the Local Rules on or before September 20, 2019.

DATED this 9th day of September, 2019.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE