Robert M. Tzall
NV Bar # 13412
Law Offices of Robert M. Tzall
7735 Commercial Way, Suite 100
Henderson NV 89011
Phone: (702) 666-0233
Email: robert@tzalllegal.com

Yitzchak Zelman, Esq.
Marcus & Zelman, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Phone: (732) 695-3282
Email: yzelman@MarcusZelman.com
*Admitted Pro Hac Vice*

Attorneys for the Plaintiff
Victor Vazquez

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

------------------------------------------------------------------

VICTOR VAZQUEZ,

          Plaintiff,

   -against-

RGS FINANCIAL, INC.,

          Defendant.

------------------------------------------------------------------

Civil Action No.: 2:18-cv-00889-APG-VCF

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of his claims against Defendant RGS FINANCIAL, INC., in the above-captioned matter, without prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.


Dated: September 13, 2019

| | |
|---|---|
| /s/ Yitzchak Zelman<br>Yitzchak Zelman, Esq.<br>MARCUS & ZELMAN, LLC<br>701 Cookman Avenue, Suite 300<br>Asbury Park, NJ 07712<br>Tel: (732) 695-3282<br>Email: yzelman@marcuszelman.com<br>PRO HAC VICE | /s/ Eugene X. Martin<br>Eugene X. Martin, IV, Esq.<br>MALONE FROST MARTIN PLLC<br>8750 N. Central Expressway, Suite 1850<br>Dallas, TX 75231<br>Tel: (214) 346-2630<br>Email: xmartin@mamlaw.com<br>PRO HAC VICE |
| /s/ Robert M. Tzall<br>Robert M. Tzall, Esq.<br>NV Bar # 13412<br>Law Offices of Robert M. Tzall<br>7735 Commercial Way, Suite 100<br>Henderson NV 89011<br>Phone: (702) 666-0233<br>Email: robert@tzalllegal.com<br><br>*Attorneys for Plaintiff*<br>*Victor Vazquez* | *Attorneys for Defendant*<br>*RGS Financial, Inc.* |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' September 13, 2019 Stipulation of Dismissal, all claims asserted against Defendant RGS FINANCIAL, INC. in Civil Action No. 2:18-cv-00889-APG-VCF, are dismissed without prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** __13th__ **day of** __September__, 2019.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE